Before MONTEMURO, WATKINS and CERCONE, JJ.

Judgment of sentence affirmed.

473 A.2d 648

Commonwealth v. Dickens, Appellant.

Submitted November 14, 1983. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTGOMERY, JJ.

Judgment of sentence affirmed.

473 A.2d 648

Commonwealth v. Hairston, Appellant.

Petition for Allowance of Appeal
Denied July 11, 1984.

Argued November 17, 1983. Augustine J. Rieffel, for appellant; Frances G. Gerson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CAVANAUGH and HOFFMAN, JJ.

The judgment of sentence is vacated and the case remanded for resentencing. Jurisdiction is not retained.

473 A.2d 648

Commonwealth v. Hairston, Appellant.

Submitted May 24, 1983. Janette Baisley-Worstell, Assistant Public Defender, for appellant; Debbie O'Dell, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and CIRILLO, JJ.

Judgment of sentence affirmed.

473 A.2d 648

Commonwealth v. Holloway, Appellant.
Petition for Allowance of Appeal
Denied June 13, 1984.

Submitted November 8, 1983. Richard S. Levine, Assistant Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Judgment of sentence affirmed.